950

No. 77–6354.  NORTHERN v. DEPARTMENT OF HUMAN SERVICES OF TENNESSEE.    Appeal from Sup. Ct. Tenn.    Motion to expedite denied.

No. 77–1037.  RENWICK v. UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT ET AL.    Motion for leave to file petition for writ of mandamus and/or other relief denied.

No. 77–1051.  GIVHAN v. WESTERN LINE CONSOLIDATED SCHOOL DISTRICT ET AL.    C. A. 5th Cir.    Certiorari granted.

No. 77–570.  AVERY v. NEW ENGLAND TELEPHONE & TELEGRAPH CO.    C. A. 2d Cir.    Certiorari denied.

No. 77–805.  FRANKLIN v. GEORGIA.    Ct. App. Ga.    Certiorari denied.

No. 77–851.  FERNANDEZ v. UNITED STATES.    C. A. 5th Cir. Certiorari denied.

No. 77–855.  WARNER-LAMBERT CO. v. FEDERAL TRADE COMMISSION; and
No. 77–1118.  FEDERAL TRADE COMMISSION v. WARNER-LAMBERT CO.    C. A. D. C. Cir.    Certiorari denied.

No. 77–870.  MISSOURI PACIFIC RAILROAD CO. v. CITY OF PALESTINE, TEXAS, ET AL.    C. A. 5th Cir.    Certiorari denied.

No. 77–885.  COMMISSIONER OF EDUCATION OF NEW JERSEY ET AL. v. BOARD OF EDUCATION OF THE NORTH HUNTERDON REGIONAL HIGH SCHOOL, TOWNSHIP OF FRANKLIN, ET AL. Sup. Ct. N. J.    Certiorari denied.